**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

CASE TYPE: OTHER CIVIL
(Defamation, Discrimination)

Johanna Lee Harley,
Plaintiff,

CIVIL FILE NO. 00-2561

vs

**ORDER FOR PARTIAL DISMISSAL WITH PREJUDICE**

Famous Dave's of America, Inc.
a Minnesota corporation,
and William "Bill" Bachman,
in his individual capacity,
Defendants.

IT IS HEREBY ORDERED, based on the Stipulation of Partial Dismissal, that judgment be entered on Counts 2, 3 and 4, dismissing said Counts with prejudice and according to the terms of the Stipulation of Partial Dismissal.

Date: 2-13-01

Michael J. Davis
Hon. Michael Davis

FILED FEB 13 2001
CLERK
JUDGMENT
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

CASE TYPE: OTHER CIVIL
(Defamation, Discrimination)

Johanna Lee Harley,
Plaintiff,

vs

Famous Dave's of America, Inc.,
a Minnesota corporation,
and William "Bill" Bachman,
in his individual capacity,
Defendants.

CIVIL FILE NO. 00-2561

**STIPULATION OF PARTIAL DISMISSAL OF COUNTS 2, 3 AND 4**

Plaintiff voluntarily dismisses, with prejudice and on the merits, Counts 2, 3 and 4. The parties request an order entering partial judgment accordingly.

Dated: February 5, 2001

**Heikens Law Firm**

Steve G. Heikens, #124394
700 Lumber Exchange Building
Minneapolis, MN 55402
Telephone: (612) 305-4384
ATTORNEY FOR PLAINTIFF

Dated: February 7, 2001

**Mary A. Rice, P.A.**

Mary A. Rice #126196
6600 City West Parkway, Suite 320
Eden Prairie, MN 55344
Telephone: (612) 983-0851
ATTORNEY FOR DEFENDANTS

FILED
CLERK
DEPUTY CLERK