2

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

CASE TYPE: OTHER CIVIL
(Defamation, Discrimination)

Johanna Lee Harley,
Plaintiff,

CIVIL FILE NO. 00-2561

vs

**ORDER FOR JUDGMENT**

Famous Dave's of America, Inc.
a Minnesota corporation,
and William "Bill" Bachman,
in his individual capacity,
Defendants.

Counts 2, 3 and 4 of this action having already been voluntarily dismissed by stipulation and Order, and a Stipulation of Dismissal having been entered into on the remainder of Plaintiff's claims,

IT IS HEREBY ORDERED, based on the Stipulation of Dismissal, that judgment be entered dismissing this action in its entirety with prejudice, each party bearing its own costs.

Date: 2-13-01

Michael J. Davis
Hon. Michael Davis

FILED FEB 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

CASE TYPE: OTHER CIVIL
(Defamation, Discrimination)

Johanna Lee Harley,
Plaintiff,

CIVIL FILE NO. 00-2561

vs

**STIPULATION OF DISMISSAL**

Famous Dave's of America, Inc.
a Minnesota corporation,
and William "Bill" Bachman,
in his individual capacity,
Defendants.

Counts 2, 3 and 4 having already been voluntarily dismissed, it is hereby stipulated by and between the parties that the remainder of the above-referenced action be dismissed, with prejudice, in its entirety.

Dated: February 6, 2001

Heikens Law Firm

Steve G. Heikens, #124394
700 Lumber Exchange Building
Minneapolis, MN 55402
Telephone: (612) 305-4384
ATTORNEY FOR PLAINTIFF

Dated: February 8, 2001

Mary A. Rice, P.A.

Mary A. Rice #126196
6600 City West Parkway, Suite 320
Eden Prairie, MN 55344
Telephone: (612) 983-0851
ATTORNEY FOR DEFENDANTS

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK